

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00018-CV

ALFONSO KENNARD JR., DANIEL J. SALAS JR.,
AND KENNARD LAW, P.C. ATTORNEYS AT LAW
v.
DR. TIBOR TOTH, DMD D/B/A TOTH PEDIATRIC DENTISTRY

On Appeal from the
197th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DCL-03633-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment of January 11, 2022 order denying appellants' motion to dismiss and dismisses the case. The Court orders the judgment vacated and the case is DISMISSED. Costs of the appeal are adjudged against the appellants.

We further order this decision certified below for observance.

October 19, 2023